# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **ANITA BERRY, individually,** | ) | |
| **and on behalf of other similarly** | ) | |
| **situated consumers,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| V. | ) | **4:21-cv-00584-CLM** |
| | ) | |
| **THE LAW OFFICES OF** | ) | |
| **MITCHELL D. BLUHM &** | ) | |
| **ASSOCIATES, LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## PLAINTIFF'S STIPULATION OF DISMISSAL

**COMES NOW**, the Plaintiff, by and through her attorney of record, and hereby requests that this case be dismissed with prejudice against the Defendant, with costs taxed as paid.

       /s/ *W. Whitney Seals*
       W. Whitney Seals
       Attorney for Plaintiff

**OF COUNSEL:**
**COCHRUN & SEALS, LLC**
P.O. Box 10448
Birmingham, AL 35202-0448
T: (205) 323-3900
F: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23 July 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following non-CM/ECF users:

**The Law Offices of Mitchell D. Bluhm & Associates, LLC**
Spencer Michael Schulz, Attorney
Sessions, Israel & Shartle
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
T: 504.828.3700
E: schulz@sessions.legal

/s/ *W. Whitney Seals*
OF COUNSEL