# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ANITA BERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:21-cv-584-CLM |
| | ) |
| **MITCHELL BLUHM &** | ) |
| **ASSOCIATES LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The Court acknowledges receipt of the Plaintiffs' Stipulation of Dismissal (doc. 6), filed on July 23, 2021. Accordingly, this case is **DISMISSED with prejudice** under Rule 41(a)(1)(A)(i). Costs taxed as paid.

The clerk is **DIRECTED** to close this case.

**DONE** and **ORDERED** on July 26, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE